| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Nikolai Lachowicz (SBN 201362)<br>Matthew D. Taylor (SBN 220032)<br>Rahul Sethi (SBN 238405)<br>TAYLOR SETHI LACHOWICZ LLP<br>333 S. Hope Street, Suite 2620<br>Los Angeles, California 90071<br>Tel: (213) 995-5400 / Fax: (213) 995-5414<br>*Attorney for Plaintiff* [Proposed] Special Litigation Counsel for Alfred H. Siegel, Chapter 7 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Karawia Industries, Inc., a California corporation, International Protective Services, Inc., a California corporation, U.S. Resource Services, Inc., a California corporation, U.S. Resource Facility Services, Inc., a California corporation, International Armored Solutions, Inc., a California corporation, Dekar Industries, Inc., a Delaware corporation,<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 2:09-bk-19846-VZ (lead case) jointly adminstered with 2:09-bk-19847-VZ; 2:09-bk-19848-VZ; 2:09-bk-19849-VZ; 2:09-bk-19850-VZ; 2:09-bk-19851-VZ<br><br>ADVERSARY NUMBER 2:11-ap-02122-VZ |
|---|---|
| ALFRED H. SIEGEL, Chapter 7 Trustee,<br>Plaintiff(s),<br>vs.<br>AMERICAN GUARD SERVICES, INC., a California corporation, AMERICAN GREEN CLEAN SERVICES, INC., a California corporation, and DOES 1 through 10, inclusive;<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by   5/27/2011  , the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: 6/30/2011    Time: 10:00 am    Courtroom: 1368    Floor: 13th

☒ 255 East Temple Street, Los Angeles  ☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills  ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance:   4/27/2011

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By:   William C Kaaumoana

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)    F 7004-1

Summons and Notice of Status Conference - Page 2

F 7004-1

| In re<br>Karawia Industries, Inc. | (SHORT TITLE)<br><br>Debtor(s). | CASE NO.:<br>2:09-bk-19846-VZ<br>2:11-ap-02122-VZ |
|---|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 S. Hope Street, Suite 2620  Los Angeles, CA 90071

A true and correct copy of the foregoing document described as  SUMMONS
(See * for additional items served on the parties) _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
* Served together with 1) Complaint, 2) Pre-Status Conference Instructions with Exhibit "A", and 3) LBR Rule 7026-1 Notice on all defendants on May 3, 2011.

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  5/4/11  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  5/4/11  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Vincent P. Zurzolo, 255 E. Temple Street, Suite 1360
Los Angeles, CA 90012.

Sherif Assal
Agent for Service of Process on behalf of
American Green Clean Services
1299 E. Artesia Blvd
Carson, CA 90746

Charles Yesnick
Agent for Service of Process on behalf of
American Guard Services, Inc.
310 Goldenshore Drive, 4th Floor
Long Beach, CA 90802

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010* (COA-SA)

F 7004-1

and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/4/11 | Nikolai Lachowicz | /s/ Nikolai Lachowicz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)

F 7004-1